**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO. 10-cr-00124-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1. GILBERTO AMAVIZCA-VALENZUELA,**
    a/k/a Victor Montiel-Valenzuela,
    a/k/a Adan Valenzuela,

        Defendant.

---

**ORDER**

---

Upon motion of the defendant pursuant to 18 U.S.C. § 4241(a) and (b), the Court orders that a psychiatric or psychological examination of the defendant be conducted and be filed with the court and both defense counsel and the United States Attorney's Office on or before 45 days be in receipt of this Order by the mental health professional.

Dr. Susan Bograd is hereby appointed by the Court to conduct the competency evaluation.

DATED this 11th day of January, 2011.

                                      **BY THE COURT:**

                                      *[signature]*
                                      Marcia S. Krieger
                                      United States District Judge